In the Matter of the Arbitration between BEULAH COHEN, as President of Local 1506, of Retail Clerks International Association, A. F. of L., Respondent, and STANDARD FURNITURE COMPANY, Appellant.

Submitted January 4, 1954; decided January 21, 1954.

*John F. X. Finn* and *Robert H. Jones, III,* for motion.

No one opposed.

Motion granted.